**Barney J. Roggenbuck, appellee, v. A. Julius Breuhaus, appellant. Gen. No. 30,502.**
Bill to rescind contract. Decree for complainant. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, pre-

609

siding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

George W. Thoma and E. Marshall Amberg, for appellant. D. W. Parker, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.